**FILED**
NOV 26 2024
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0.00

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of _____ (State)

Case number (If known): 2425376　Chapter ____

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**　Capital Properties and Home Services LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names
Jennifer Martha Littell

**3. Debtor's federal Employer Identification Number (EIN)**　87-1739175

**4. Debtor's address**

Principal place of business:
26 Ness Court
Sacramento CA 95826
County: Sacramento

Mailing address, if different from principal place of business: _____

Location of principal assets, if different from principal place of business: _____

**5. Debtor's website (URL)** _____

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 1

Filed 11/26/24     Case 24-25376     Doc 1

Debtor __Jennifer Littell_____     Case number (if known)_____
        Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   
   _ _ _ _

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
      - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
      - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
      - ☐ A plan is being filed with this petition.
      - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
      - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☐ No
   - ☒ Yes. District __Eastern__ When __10/22/2024__ Case number __2024-24743__
                                          MM / DD / YYYY

   If more than 2 cases, attach a separate list.
   
   District _____ When _____ Case number _____
                                          MM / DD / YYYY

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 2

Debtor **Jennifer Littell**    Case number (if known) _____

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ☐ No
   ☒ Yes. District **Eastern**  When **10/22/2024**  Case number **2024-24743**
   District _____  When _____  Case number _____
   If more than 2 cases, attach a separate list.

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☐ No
    ☒ Yes. Debtor **Capital Properties and Home Services LLC**  Relationship **Managing Member**
    District **Eastern**  When **10/29/2024**
    Case number, if known **2024-24743**
    List all cases. If more than 1, attach a separate list.

11. Why is the case filed in *this district*?
    Check all that apply:
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    Why does the property need immediate attention? (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☒ Other **The Money Brokers Inc has filed a sale date of 11/26/2024 for the property.**
    
    Where is the property? **26 Ness Court**
    City **Sacramento**  State **CA**  ZIP Code **95826**
    
    Is the property insured?
    ☐ No
    ☒ Yes. Insurance agency **Hippo Insurance - Fair Plan**
    Contact name **N/A**
    Phone **Hippo Insurance -(800) 585-0705 CA Fair Plan (800) 339-4099**

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor **Jennifer Littell**　　　　Case number (if known)_____
　　　　Name

13. **Debtor's estimation of available funds**　　Check one:

　　　　☒ Funds will be available for distribution to unsecured creditors.
　　　　☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

*Per refinance or independent sale of 26 Ness Court Sacramento, CA 95826

14. **Estimated number of creditors**
　　☒ 1-49　　　　☐ 1,000-5,000　　　☐ 25,001-50,000
　　☐ 50-99　　　 ☐ 5,001-10,000　　 ☐ 50,001-100,000
　　☐ 100-199　　☐ 10,001-25,000　　☐ More than 100,000
　　☐ 200-999

15. **Estimated assets**
　　☒ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
　　☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
　　☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
　　☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion

16. **Estimated liabilities**
　　☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
　　☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
　　☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
　　☒ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/26/2024**
　　　　　　　　MM / DD / YYYY

X _Jennifer Littell_ 　　　　　　Jennifer Littell
Signature of authorized representative of debtor　　Printed name

Title _Owner, Managing Member_

Debtor Jennifer Littell                          Case number (if known) _____

**18. Signature of attorney**

✗ _____   Date _____
Signature of attorney for debtor              MM / DD / YYYY

*Working to retain bankruptcy counsel that understands RESPA rescission.*

Printed name _____

Firm name _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email address _____

Bar number _____ State _____

---

Dear Judge Jaime,

This new case is not filed in bad faith.

I have been medically disabled due to an acute injury.

I am working to retain bankruptcy counsel that understands RESPA rescission.

Everything I have stated is true and accurate.

Respectfully,

Jennifer Littell, Managing Member,
Capital Properties and Home Services LLC
11/26/2024

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 5